**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

IVAN HOOLEY,

          Plaintiff,

vs.

WAL-MART, INC.,

          Defendant.

Case No.: 2:19-cv-00913-GMN-BNW

**ORDER**

      Before the Court is the Verified Petition for Permission to Practice Pro Hac Vice and Designation of Local Counsel, (ECF No. 9), filed by Petitioner William K. Koska. Upon review, the Court finds that this application contains numerous errors. Counsel is directed to READ and COMPLY with the Local Rules of Practice for the United States District Court, District of Nevada, LR IA 10-2, "Admission to Practice in a Particular Case."

      Specifically, on Page 4, counsel must properly sign and notarize the sworn acknowledgment. The notarized Acknowledgment currently attached to counsel's Verified Petition indicates that counsel executed the document; however, the Verified Petition does not bear counsel's signature. Additionally, on Page 5, Appointment of Designated Resident Nevada Counsel, an agent on behalf of Defendant Walmart, who is not the petitioner or local counsel, must sign his/her name on the signature line. The signature line currently contains an illegible name, and it is unclear what relationship this person has to Defendant Walmart. Lastly, as stated in Paragraph 3 on Page 2, counsel must attach all required certificates of good standing.

      Based on the foregoing, **IT IS HEREBY ORDERED** that the Verified Petition to Practice Pro Hac Vice, (ECF No. 9), is **DENIED without prejudice**. Counsel is directed to

correct the deficiencies and submit a new application by July 8, 2019.  Counsel will be required to repay the filing fee.

**IT IS FURTHER ORDERED** that counsel must **SHOW CAUSE** as to why the sworn notarized Acknowledgment appears to contain false information.  Specifically, counsel must address why the Acknowledgment wrongly states that counsel signed/executed the Verified Petition.  Counsel shall have until July 8, 2019, to file a separate brief on the docket, not to exceed five pages, addressing this issue.

**DATED** this __24__ day of June, 2019.

_____
Gloria M. Navarro, Chief Judge
United States District Judge